UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JOHN MASON,                           )<br>                                                   )<br>              Plaintiff,              )<br>                                                   )<br>vs.                                              )<br>                                                   )<br>ARTWORKS PICTURES, LLC, *et al.*, )<br>                                                   )<br>              Defendants.          )<br>_____) | 03:03-CV-0188-LRH (LRL)<br><br>ORDER |

Presently before this court is Plaintiff's Motion for Summary Judgment (#31[1]). No response has been filed by Defendants. Pursuant to Local Rule 7-2(d): "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." In the present matter, Defendants have so far failed to provide any response to the motion for summary judgment, nor any explanation for the delay, despite the fact that an opposition was due as of July 8, 2006. The court will grant Defendants 30 days from

///
///
///
///
///
///
///

---

[1] References to (#XX) refer to the court's docket.

1 | the date of this order to file an appropriate response to the motion. If no response is filed, the
2 | court will entertain any motions filed to grant summary judgment based on Local Rule 7-2(d).
3 |     IT IS SO ORDERED.
4 |     DATED this 27th day of July, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE